UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

RAMON MERCADO RODRIGUEZ,

    Plaintiff,

v.

CITIMORTGAGE,

    Defendant.

Civil No. 12-1889 (JAF)

**O R D E R**

The plaintiff, Ramón Mercado-Rodríguez, filed a pro-se complaint against the defendant, arising primarily from the defendant's conduct during the loan modification process and foreclosure sale of the plaintiff's home. (Docket No. 1.) The plaintiff filed an informative motion to clarify his claims and our jurisdiction. (Docket Nos. 41.) Neither Mercado-Rodríguez' complaint nor any of his subsequent filings alleged any clear federal question. (Docket No. 1.) The closest Mercado-Rodríguez comes is an unsupported statement that the defendant violated the Dodd-Frank Wall Street Reform and Consumer Protection Act. (Docket Nos. 443; 444.) Without more, that is insufficient. Rhode Island Fisherman's Alliance, Inc. v. Rhode Island Dept. of Environmental Management, 585 F.3d 42, 50 (1st Cir. 2009) (Federal jurisdiction cannot be conjured up by a passing mention of some federal subject); see also 28 U.S.C. § 1331.

For the foregoing reasons, the plaintiff's complaint (Docket No. 1), is hereby **DISMISSED WITHOUT PREJUDICE** for lack of federal question jurisdiction under 28 U.S.C. § 1331. Judgment to enter accordingly.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 9th day of September, 2013.

<u>S/José Antonio Fusté</u>
JOSE ANTONIO FUSTE
U. S. DISTRICT JUDGE